AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Lewis A. | U.S. District Court, S.D.N.Y. | 08/03/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Handy Place Investment Partnership |
| 2. Trustee | Trust u/w/o ████████████ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG -4 A 9: 48 FINANCIAL DISCLOSURE OFFICE

Kaplan_Lewis_A

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 11-24-08 | Ritz sale of used clothing | $1,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Various | Pension and retirement plan pmts -pension plans for benefit of retirees of Random House, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Stanford University | 2/8-9/08 | Palo Alto, CA | Speak at conference | Transportation, lodging, food |
| 2. American Bar Assn Section of Antitrust Law | 3/26/08 | Washington, DC | Speak at conference | Transportation, lodging, food [check lodging] |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | J | T | | | | | |
| 2. NYS Pwr A Ser D 5.875 10 (E) | A | Interest | J | T | None | | | | |
| 3. NYS Pwr A Ser GP 5.5 10(E) | A | Interest | J | T | None | | | | |
| 4. NYS Pwr A Ser F 5.5 10 | A | Interest | J | T | Pt Redempt | 1-2 | J | A | |
| 5. Mun Inv Trust Ser A NY | A | Interest | J | T | Pt Redempt | 2-25 | J | A | |
| 6. PW 1986 EES lim ptn | | None | J | W | None | | | | |
| 7. Handy Place Invest Part | | None | J | W | None | | | | |
| 8. Clarkstown 5.6 08 | C | Interest | | | Redeemed | 6-16 | L | A | |
| 9. NYS MCFFA 5.125 12 | B | Interest | K | T | | | | | |
| 10. NYS Dorm 5.125 08 | D | Interest | | | Redeemed | 8-1 | M | A | |
| 11. NYS Dorm 5.25 13 | C | Interest | | | Redeemed | 8-29 | L | A | |
| 12. Triboro BTA 4.5 13 (E) | B | Interest | K | T | None | | | | |
| 13. Puerto Rico MFA 5.5 09 (E) | B | Interest | K | T | None | | | | |
| 14. NYS Dorm 5.125 11 (E) | C | Interest | L | T | None | | | | |
| 15. Triboro BTA 4.75 16 | A | Interest | K | T | None | | | | |
| 16. NYC Mun Wtr 4.9 13 | B | Interest | L | T | None | | | | |
| 17. Commack UFSD 4.375 13 | D | Interest | M | T | None | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| (See Columns C1 and D3) | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  NYS Twy 5.125 13 | D | Interest | M | T | None | | | | |
| 19.  So Glens Falls CSD 5.25 14 | C | Interest | L | T | None | | | | |
| 20.  NY Tran at MTA 5.2 10 | D | Interest | M | T | None | | | | |
| 21.  NYS Env Fac 5.125 11 | C | Interest | L | T | None | | | | |
| 22.  NYS Dorm 5.125 11 | C | Interest | L | T | None | | | | |
| 23.  NYS Dorm 5.1 12 (E) | B | Interest | K | T | None | | | | |
| 24.  NYS Env Fac 4.55 13 | B | Interest | L | T | None | | | | |
| 25.  NYS Env Fac 4.95 17 | C | Interest | L | T | None | | | | |
| 26.  ML Bk/B&T RASP | B | Interest | L | T | | | | | |
| 27.  NYC Trans 5.0 19 | C | Interest | M | T | None | | | | |
| 28.  Greece CSD 4.5 17 | C | Interest | M | T | None | | | | |
| 29.  NYC 4.375 11 (E) | C | Interest | M | T | None | | | | |
| 30.  FNMA 5.0 12 | B | Interest | | | Redeemed | 1-15 | M | A | |
| 31.  MTA 5.0 23 | C | Interest | L | T | None | | | | |
| 32.  GECC 4.75 13 | D | Interest | M | T | None | | | | |
| 33.  Nat City Bk fka Provident Bank 5.0 15 | C | Interest | L | T | None | | | | |
| 34.  FHLMC multi % 18 | C | Interest | | | Redeemed | 7-14 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hudson United Bk 5.05 13 | B | Interest | | | Redeemed | 5-14 | K | A | |
| 36. NYC Ser J 4.625 18 | C | Interest | M | T | None | | | | |
| 37. NYS Dorm 5.0 19 (mult. issues) | D | Interest | M | T | None | | | | |
| 38. MTA 4.75 26 | D | Interest | N | T | None | | | | |
| 39. Long Island Pwr 4.75 24 | C | Interest | L | T | None | | | | |
| 40. NYS Dorm 4.75 25 | C | Interest | L | T | None | | | | |
| 41. Western Bank Puerto Rico | A | Interest | K | T | None | | | | |
| 42. Bank Amer 4.65 12 | B | Interest | K | T | None | | | | |
| 43. Capitol One Bk 4.75 10 | C | Interest | M | T | None | | | | |
| 44. Port Auth NY&NJ 4.2 19 (E) | C | Interest | L | T | None | | | | |
| 45. NYS Dorm 4.625 18 (E) | C | Interest | L | T | None | | | | |
| 46. JP Morgan Chase accts ● | A | Interest | K | T | | | | | |
| 47. NY Life whole life policies | B | Dividend | L | T | None | | | | |
| 48. ML CMA NY Mun Money | A | Interest | J | T | | | | | |
| 49. MTA Adj% 26 | C | Interest | | | Sold | 11-17 | K | A | |
| 50. ML CMA NY Mun Money (E) | A | Interest | J | T | | | | | |
| 51. MTA Adj% 26 (E) | B | Interest | | | Sold | 11-17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ulster Co 4.25 21 | C | Interest | - L | T | None | | | | |
| 53. NYS Dorm 4.0 19 (E) | B | Interest | K | T | None | | | | |
| 54. Banco Bilbao 4.46 12 | A | Interest | | | Redeemed | 2-14 | L | A | |
| 55. First Eagle Global Cl C | | None | | | Sold (part) | 9-12 | K | A | |
| 56. | | | | | Sold | 9-19 | M | A | |
| 57. Davis NY Venture Cl Y | | None | | | Sold (part) | 9-10 | L | A | |
| 58. | | | | | Sold | 9-19 | M | A | |
| 59. Blackrock Large Cap Value f/k/a ML Large Cap Value Cl I | | None | | | Sold (part) | 9-10 | K | A | |
| 60. | | | | | Sold | 9-19 | L | A | |
| 61. Everegreen Sp Values Cl A | | None | | | Sold (part) | 9-12 | J | A | |
| 62. | | | | | Sold | 9-23 | K | A | |
| 63. Pioneer Oak Ridge Small Cap Cl A | | None | | | Sold (part) | 9-12 | J | A | |
| 64. | | | | | Sold (part) | 9-23 | K | A | |
| 65. Goldman Sachs Mid Cap Cl A | | None | | | Sold (part) | 9-12 | L | A | |
| 66. | | | | | Sold (part) | 9-23 | L | A | |
| 67. Amer Inc Fund of Am Cl A | E | Distribution | | | Sold (part) | 9-12 | L | A | |
| 68. | | | | | Sold (part) | 9-23 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. ., div., rent, or int. | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ML CMA NY Mun Money ● | A | Dividend | K | T | | | | | |
| 70. ML Bank RASP ● | B | Interest | K | T | | | | | |
| 71. New York NY Ser N 4.05 17 ● | C | Interest | L | T | None | | | | |
| 72. Minisink CSD 4.0 12 ● | C | Interest | L | T | None | | | | |
| 73. Wayne CSD 4.0 20 ● | C | Interest | L | T | None | | | | |
| 74. Brookhaven CSD ● | C | Int./Div. | L | T | None | | | | |
| 75. Amer Inc Fd of Amer Cl A ● | B | Distribution | | | Sold | 9-23 | L | A | |
| 76. Davis NY Venture Cl Y ● | | None | | | Sold | 9-19 | K | B | |
| 77. Goldman Sachs Mid Cap Cl A ● | | None | | | Sold | 9-23 | K | A | |
| 78. Pimco Comm Real Return Cl A ● | A | Distribution | | | Sold | 9-23 | J | A | |
| 79. Penn Mut Fd f/k/a Royce ● | | None | | | Sold | 9-19 | K | A | |
| 80. DWS Dreman f/k/a Scudder High Return ● | B | Distribution | | | Sold | 9-23 | K | A | |
| 81. Oakmark Select ● | | None | | | Sold | 9-19 | K | A | |
| 82. Community B&T 4.4 08 ● | A | Interest | | | Redeemed | 4-21 | K | A | |
| 83. FNMA multi% 09 ● | A | Interest | | | Redeemed | 1-25 | K | A | |
| 84. FNMA multi% 15 ● | A | Interest | | | Redeemed | 1-22 | K | A | |
| 85. HSBC Fin Corp 4.65 10 ● | B | Interest | K | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Principal Life Inc. 5.0 12● | B | Interest | | | Redeemed | 4-15 | K | A | |
| 87. GECC 5.0 16 ● | B | Interest | K | T | None | | | | |
| 88. NYS Dorm 4.0 19 ● | C | Interest | L | T | None | | | | |
| 89. National Union Bank of [locality] | A | Int./Div. | J | T | | | | | |
| 90. Southside Bank 5.35 11 | A | Interest | | | Redeemed | 3-27 | K | A | |
| 91. Ivy Asset Strat Cl A | A | Distribution | | | Redeemed (part) | 9-10 | J | A | |
| 92. | | | | | Redeemed | 9-19 | L | A | |
| 93. New York NY IDA 4.0 17 ● | B | Interest | K | T | | | | | |
| 94. Clarkstown 4.25 20 (E) | A | Interest | K | T | Buy | 7-26 | K | | |
| 95. MBank 5.00 10 | A | Interest | | | Redeemed | 2-19 | K | A | |
| 96. Geauga Sav Bk 5.2 10 | C | Interest | | | Redeemed | 4-4 | M | A | |
| 97. McFarland St Bk 5.35 12 | B | Interest | | | Redeemed | 2-11 | M | A | |
| 98. Henderson Eur Focus | | None | | | Redeemed (part) | 9-10 | K | A | |
| 99. | | | | | Redeemed | 9-11 | J | A | |
| 100. Henderson Eur Focus ● | | None | | | Redeemed (part) | 9-10 | J | A | |
| 101. | | | | | Redeemed | 9-11 | J | A | |
| 102. Am Inc Fund of Am Cl F ● | B | Distribution | | | Redeemed | 9-19 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  NYS Dorm 5.0 24 (E) | A | Int./Div. | K | T | Buy | 1-28 | K | | |
| 104.  NYC 5.0 21 (E) | | None | K | T | Buy | 11-21 | L | | |
| 105.  Port Auth 4.75 32 | B | Int./Div. | L | T | Buy | 11-17 | L | | |
| 106.  NYS Twy 3.5 18 | . | None | L | T | Buy | 9-10 | L | | |
| 107.  NYS Twy 4.5 28 | | None | L | T | Buy | 9-10 | L | | |
| 108.  NYS Dorm 5.0 24 | A | Int./Div. | K | T | Buy | 1-28 | K | | |
| 109.  ML US Treas Money Fd | A | Dividend | K | T | Buy | 2-26 | K | | |
| 110.  Southwest Bk of St Louis CD | D | Int./Div. | M | T | Buy | 2-21 | M | | |
| 111.  M&I Marshall & Lsley 5.15 18 | D | Int./Div. | M | T | Buy | 4-11 | M | | |
| 112.  M&I Bank 5.15 18 | B | Int./Div. | L | T | Buy | 4-11 | L | | |
| 113.  M&I Marshall & Isley 5.25 18 | B | Int./Div. | L | T | Buy | 3-20 | L | | |
| 114.  Eurobank CD | B | Int./Div. | | | Buy | 2-25 | M | | |
| 115. | | | | | Redeemed | 6-5 | M | A | |
| 116.  National City Bank 5.2 18 | B | Int./Div. | L | T | Buy | 6-6 | L | | |
| 117.  Wachovia 5 13 | D | Int./Div. | | | Buy | 6-20 | M | | |
| 118. | | | | | Redeemed | 12-22 | M | A | |
| 119.  Branch B&T 5.5 19 | B | Int./Div. | L | T | Buy | 7-7 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G=$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A. | 08/03/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Branch B&T 5.5 16 | B | Int./Div. | L | T | Buy | 7-15 | L | | |
| 121. US Treas 0% 1/2/09 | | None | O | T | Buy | 12-4 | O | | |
| 122. US Treas 0% 3/5/09 | | None | N | T | Buy | 12-11 | N | | |
| 123. Pacific Capital Bank CD | | None | M | T | Buy | 12-24 | M | | |
| 124. Goldman Sachs Bank CD | | None | M | T | Buy | 12-24 | M | | |
| 125. ML Bk/B&T ● | A | Interest | K | T | Open | 8-30 | K | | |
| 126. US Treas 0% 12/4/08 | | None | | | Buy | 9-25 | L | | |
| 127. | | | | | Matured | 12-4 | L | A | |
| 128. US Treas 0% 1/22/09 | | None | L | T | Buy | 12-4 | L | | |
| 129. Discover Bank 3.4 11 | A | Int./Div. | K | T | Buy | 2-20 | K | | |
| 130. New Frontier Bank 3.6 12 | B | Int./Div. | L | T | Buy | 2-20 | L | | |
| 131. M& I Bank 5.0 15 | B | Int./Div. | K | T | Buy | 4-29 | K | | |
| 132. Southwest Bk of St L 5.2 18 | B | Int./Div. | K | T | Buy | 4-30 | K | | |
| 133. US Treas 0% 12-18-08 | | None | | | Buy | 9-23 | M | | |
| 134. | | | | | Matured | 12-18 | M | A | |
| 135. Pacific Capital 1.6 09 | | None | M | T | Buy | 12-24 | M | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1.  (E) designates assets held as trustee u/w/o

2.  Part VII, line 89
 - name of locality omitted for security reasons

3.  Income for 1986 EES and Handy Place partnerships equals distributions

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544